IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KATHY DRINNING.<br><br>Plaintiff,<br><br>v.<br><br>MARTIN MARIETTA MATERIALS, INC.,<br><br>Defendant. | §§§§§§§§§§§ | No. 6:16-cv-1018 MHS-JDL<br><br>JURY DEMANDED |
| AUSTIN GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | §§§§§§§§§§§ | No. 6:16-cv-1093 RWS-JDL<br><br>JURY DEMANDED |
| JAMES REGESTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | §§§§§§§§§§§ | No. 6:16-cv-1094 RWS-JDL<br><br>JURY DEMANDED |

1

**ORDER**

The above-titled civil actions have been transferred from the Marshall Division of this District to the Tyler Division and have been referred to the undersigned for all pretrial purposes. Each of the above-titled civil actions has a Docket Control Order in place signed by Judge Gilstrap. Those deadlines remain in effect and the parties are to continue operating under the deadlines set forth in their respective Docket Control Orders. However, the Court sets a status conference for **September 8, 2016 at 9:30 A.M.** before John D. Love in Tyler, TX to discuss whether the parties consent to proceed before the undersigned for trial, and to take up a trial setting. This is an in-person status conference and appearances by telephone will not be permitted.

**So ORDERED and SIGNED this 23rd day of August, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE